IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

MINUTE SHEET

UNITED STATES OF AMERICADate:September 6, 2012

vs.Case No.11-3021-09-CR-S-RED

RYAN D. ROEPKE

Honorable Richard E. Dorr, presiding at Springfield, Missouri

Nature of Hearing: Sentencing Continued

Time Commenced: 9:15 A.M.Time Terminated: 9:32 A.M.

APPEARANCES

Plaintiff's counsel:Gary Milligan, AUSA
Defendant's counsel:John Appelquist, RETAINED

9:15 a.m.Informal conference held with court, counsel, and probation officer in conference room.
9:30 a.m.Proceedings:Counsel present as stated above.Defendant present with counsel.Defendant's oral motion to continue sentencing is granted, no objection by the Government.Government's motion for detention (Doc. 443) is granted.Defendant is remanded into custody pending sentencing.Counsel shall notify chambers to reset the sentencing hearing.

COURT REPORTER: Jeannine Rankin
COURTROOM DEPUTY: Karen Siegert
LAW CLERK: Jacquie DeLuca